UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFONSO MARTINEZ,

        Petitioner,        CV. NO. 08-10229

v.

                                HONORABLE VICTORIA A. ROBERTS

JAN TROMBLEY,

        Respondent.
_____/

## ORDER

This matter came before the Court upon the request of the Defendant. The Court understands that the Carson City Correctional Facility ("Facility"), the institution housing inmate Scott Larkin, will not allow a laptop computer and mini printer into the facility without a Court Order.

Accordingly, Penny Beardslee, Deputy Defender, is allowed to: (1) enter the facility with a laptop computer and mini printer; (2) visit Scott Larkin at the facility; (3) interview Scott Larkin using the computer and printer for the purpose of preparing an Affidavit, since Scott Larkin is a witness in this case.

The facility must provide Ms. Beardslee with a private and confidential space for her visit with and interview of Scott Larkin.

**IT IS ORDERED.**

                                              s/Victoria A. Roberts
                                              Victoria A. Roberts
                                              United States District Judge

Dated: June 15, 2009

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on June 15, 2009.

s/Linda Vertriest
Deputy Clerk